# ORDER

PER CURIAM

AND NOW, this 2nd day of November, 2016, the Petition for Allowance of Appeal is DENIED.

160 A.3d 784

Betty Welles CAMPBELL, Executrix of the Estate
of Samuel P. Campbell, Sr., and Betty Welles
Campbell, in her Own Right

v.

A.O. SMITH CORPORATION, in Its Own Right and as Successor in Interest to the Clark Controller Company and A.O. Smith Corporation; A.W. Chesterton Company; AGCO Corporation, as Successor in Interest to Allis Chalmers Corporation; Air & Liquid Systems Corporation, as Successor by Merger to Buffalo Pumps, Inc.; Ajax Magnethermic Corporation; Allied Glove Corporation; American Optical Corporation; American Standard Company, Inc.; Armstrong International, Inc., Armstrong Pumps, Inc.; Aqua-Chem, Inc., Cleaver-Brooks Division; Aurora Pump Company; Beazer East, Inc. in Its Own Right and as Successor to Koppers Company, Inc. and Other Related Companies Including Thiem Corporation, Beazer USA, Inc., and Beazer, PLC; Blackmer Pump Company; BW/IP International Inc., f/k/a Borg Warner Industrial Products, Individually and as Successor in Interest to Byron Jackson Pumps; Cashco, Inc.; Catalytic Construction Company; CBS Corporation, a Delaware Corporation, f/k/a Viacom Inc., Successor by Merger to CBS Corporation, a Pennsylvania Corporation, f/k/a Westinghouse Electric Corporation; Champlain Cable Corporation, as Successor in Interest to Hercules Inc; Columbus McKinnon; Commonwealth Edison Company; Copes-Vulcan, Inc; Crane Co.;

Crown Cork & Seal Company; Dezurik, Inc.; Dravo Corporation; Durametallic Corporation; Eaton Corporation, as Successor in Interest to Cutler Hammer, Inc. Eichleay Corporation; Electrolux Home Products; Elsa Benson, Inc; Exelon Corporation; Flowserve U.S., Inc., f/k/a Flowserve FSD Corporation, as Successor to Durco International, Duriron Company and Durame-

tallic; FMC Corporation, Individually and on Behalf of Its Former Peerless Pumps; Foseco, Inc.; Foster Wheeler Corporation; General Cable Corporation; Georgia Pacific Corporation; Genuine Parts Company; Goulds Pumps, Inc; Greene Tweed & Company; Grinnell LLC; Hedman Resources Limited; Honeywell, Inc., Honeywell International, Inc., formerly known as Allied Signal, Inc., as Successor in Interest to the Bendix Corporation; IMO Industries, Inc., f/k/a IMO Delaval, Inc., f/k/a Transamerican Delaval, Inc., f/k/a Delaval Turbine, Inc., Delaval Turbine, Inc., Devalco Corporation; Industrial Holdings Corporation f/k/a Carborundum Company; Ingersoll Rand; Insul Company, Inc.; ITT Corporation, f/k/a ITT Industries; Joy Technologies f/k/a Joy Manufacturing Company d/b/a Joy Manufacturing Company, Inc;

Kaiser Gypsum Company, Inc.; Mallinckrodt US LLC, in Its Own Right and as Successor in Interest to Imcera Group, Inc., and International Minerals and Chemical Corporation, and as Successor in Interest to E.J. Lavino; Marley Cooling Tower; McCann Shields Paint Company; McCarls, Inc.; McJunkin Red Man Corporation, in Its Own Right and as Successor in Interest to McJunkin Corporation; Met-Pro Corporation and Its Dean Pump Division Metropolitan Life Insurance Company a/k/a Metropolitan Insurance Company; Milwaukee Valve Company; Mine Safety Appliance Company; Minnotte Contracting Corporation; Morgan Engineering, in Its Own Right and as Successor in Interest to Alliance Machine Company; Nagle Pumps, Inc; Oakfabco, Inc.; Oglebay Norton Company, and Its Division Ferro Engineering; Owens-Illinois, Inc.; Phelps Dodge Industries, Inc; Powell Valve Company; Power Piping; Premier Refractories, Inc., f/k/a Adience, Inc, Successor in Interest to Adience Company, LP, as Successor to BMI, Inc.; Riley Stoker Corporation; Rockwell Automation, Inc., in Its Own Right and as Successor in Interest to Allen Bradley; Safety First Industries, Inc., in Its Own Right and as Successor in Interest to Safety First Supply, Inc.; Saint-Gobain Abrasives, Inc., formerly known as Norton Company;

Sargent & Lundy, LLC; Spirax Sarco, Inc; Square D Company; Tasco Insulation, Inc., f/k/a/ the Asbestos Service Company; the Electric Controller and Manufacturing Company; Thiem Corporation, and Its Division, Universal Refractories; Treco Construction Services, Inc., f/k/a the Rust Engineering Company; Tyco Flow Control Company, LLC as Successor in Interest to

Crosby Valve; Unifrax Corporation f/k/a Carborundum; Union Carbide Corporation and Its Linde Division; United Conveyor Corporation; United States Steel Corporation; Washington Group Internation, f/k/a Raytheon Engineers and Contractors, Inc., and all Its Domestic Subsidiaries, Including the Badger Company, Inc., Whiting Corporation; Yarway Corporation; Yeomans Chicago Corporation, in Its Own Right and as Successor in Interest to Morris Pumps, Inc., Zurn Industries, Inc., a/k/a Erie City Iron Works

Petition of: Mark Campbell, Samuel Campbell Jr., Thomas Campbell, Christine Noonan and Deborah Sullivan

No. 304 WAL 2016

Supreme Court of Pennsylvania.

November 2, 2016

## ORDER

PER CURIAM

**AND NOW**, this 2nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.